IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSPPI
DELTA DIVISION

**CORA MOSS HAYWOOD**                                                                    **PLAINTIFF**

v.                                                                                     No. 2:06CV108-P-A

**TRIBECA LENDING CORPORATION,**
**FRANKLIN CREDIT MANAGEMENT CORPORATION,**
**FCMC 2001 D CORPORATION**                                         **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause:

(1) The plaintiff's motions [43], [44], [51], [53], [59] to amend her complaint are hereby **DENIED**.

(2) The plaintiff's motions [48], [52] for a preliminary injunction are hereby **DENIED**.

(3) The plaintiff's motions [64], [69] for a hearing on preliminary injunctive relief are hereby **DENIED**.

**SO ORDERED,** this the 14t day of February, 2007.

                                                                    /s/ W. Allen Pepper, Jr.
                                                                    W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE