IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSPPI
DELTA DIVISION

**CORA MOSS HAYWOOD**                                                                                 **PLAINTIFF**

v.                                                      No. 2:06CV108-P-A

**TRIBECA LENDING CORPORATION,
FRANKLIN CREDIT MANAGEMENT CORPORATION,
FCMC 2001 D CORPORATION**                                      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause,

(1) The motion by the defendants for summary judgment is hereby **GRANTED.**

(2) Judgment is hereby **ENTERED** for the defendants.

(3) In light of this ruling, all motions currently pending in this case are hereby **DISMISSED**.

(4) This case is **CLOSED.**

**SO ORDERED,** this the 31st day of July, 2007.

                                                   /s/ W. Allen Pepper, Jr.
                                                   W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE