IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSPPI
DELTA DIVISION

**CORA MOSS HAYWOOD**                                                                **PLAINTIFF**

v.                                                                                 No. **2:06CV108-P-A**

**TRIBECA LENDING CORPORATION,**
**FRANKLIN CREDIT MANAGEMENT CORPORATION,**
**FCMC 2001 D CORPORATION**                                       **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [124]
TO PROCEED *IN FORMA PAUPERIS* ON APPEAL,
DENYING PLAINTIFF'S CROSS-MOTION [125] FOR SUMMARY JUDGMENT,
DENYING PLAINTIFF'S MOTION [126] TO INTERVENE UNDER RULE 24,
DENYING PLAINTIFF'S MOTION [127] TO ALTER OR AMEND JUDGMENT**

This matter comes before the court on four additional post-trial motions by the *pro se* plaintiff: a motion **[124]** to proceed *in forma pauperis* on appeal, a cross-motion **[125]** for summary judgment, a motion **[126]** to intervene under rule 24, and a motion **[127]** to alter or amend judgment.

As the court has already granted a previous motion for the plaintiff to proceed *in forma pauperis* on appeal, the instant motion **[124]** to proceed *in forma pauperis* on appeal is hereby **DENIED.**

As the court has already rendered judgment in favor of the defendants in this case, the plaintiff's cross-motion **[125]** for summary judgment is hereby **DENIED.**

As the court has already rendered judgment in this case (which is currently on appeal to the Fifth Circuit), and as the plaintiff represents neither the State of Mississippi nor the Mississippi State Conference of the N.A.A.C.P., the plaintiff's motion **[126]** to intervene on behalf of the Mississippi Attorney General's Office and the Mississippi State Conference of the N.A.A.C.P. is hereby **DENIED**.

Finally, as the court has previously denied a motion by the plaintiff for reconsideration, the plaintiff's most recently urged motion **[127]** for reconsideration is hereby **DENIED.**

The court reminds the plaintiff that this case is currently before the United States Court of Appeals for the Fifth Circuit. Therefore, the United States Court for the Northern District of Mississippi no longer retains jurisdiction to hear matters in this case.

The plaintiff has filed numerous pleadings long after the July 31, 2007, memorandum opinion and final judgment in this case. None of the pleadings has held any merit. The parties to this case have presented their arguments and proof, and the court has ruled in favor of the defendants. *This case is over in the district court.*

*Should the plaintiff submit any further papers to this court – other than those necessary to prosecute a direct appeal of this case – the Clerk of the Court is hereby* **DIRECTED** *to place the papers in the court file without docketing them, and the court shall neither acknowledge nor address such filings.*

**SO ORDERED,** this the 5th day of December, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE